IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTERNATIONAL RISK MANAGEMENT INSTITUTE, INC., | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. |
| vs. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| PREMIER STRATEGY BOX, LLC and MICHAEL D. HUNT, JR. | § § | |
| *Defendants*. | § § § | |

**PLAINTIFF'S COMPLAINT FOR
COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND
FALSE ADVERTISING UNDER THE LANHAM ACT**

Plaintiff, International Risk Management Institute, Inc. ("IRMI," or "Plaintiff") files this Complaint against Defendants Premier Strategy Box, LLC and Michael D. Hunt, Jr. ("Defendants") and alleges as follows:

**NATURE OF THE ACTION**

1. The Intelligent Agent is an Internet based AI platform which draws from a database of insurance policy explanations and analyses, discussions of insurance industry practices, workers compensation law summaries, and risk management tactics to formulate its responses to risk management and insurance questions and then provides links to content in its database where the user can obtain more information. Many of these insurance policy explanations and analyses, discussions of insurance industry practices, workers compensation law summaries, and risk management tactics were taken directly from IRMI without permission in violation of IRMI's copyright and in breach of a contract between Defendants and IRMI and these insurance policy explanations and analyses, discussions of insurance industry practices, workers compensation law

1

summaries, and risk management tactics are being used in direct competition with IRMI to its detriment.

2. IRMI was founded in 1978 to educate risk managers, and other insurance professionals about the insurance field. Due to the quality of its products and services over the past four and a half decades, IRMI has become a highly respected brand in the risk management and insurance industries.

3. The IRMI Knowledgebase, the most comprehensive and practical risk and insurance library of any publisher, now includes more than 85,000 pages of reference material comprising 36 subscription products.

4. The IRMI Knowledgebase is available through a paid subscription to IRMI Online, an IRMI-owned website, and the content in the IRMI Knowledgebase is accessible only to subscribers after they agree to the website's Terms of Use (TOU).

5. Defendant Michael D. Hunt, Jr. is the creator of The Intelligent Agent and the Chief Executive Officer of Defendant Premier Strategy Box, LLC. On information and belief, Defendant Michael D. Hunt, Jr. is the owner of The Intelligent Agent and, using his subscription to the IRMI Knowledgebase through Defendant Premier Strategy Box, LLC, downloaded/printed/copied over a thousand copyright protected documents from the IRMI Knowledgebase to populate the database on which the Intelligent Agent AI relies to provide its services.

6. The Intelligent Agent's AI system relies on the information in this database to formulate answers to insurance and risk management questions posed to it, and the answers it provides include links to the content – much of which was taken from IRMI – in its database where the user can read deeper discussions of the topic.

7. Defendants Premier Strategy Box, LLC and Michael D. Hunt, Jr. have committed acts of copyright infringement, breach of contract, and false advertisement under the Lanham Act.

## THE PARTIES

8. Plaintiff International Risk Management Institute, Inc., is a Texas Corporation with its principal place of business at 12222 Merit Drive, Suite 1600 Dallas, Texas 75251-2266 and is the exclusive owner of the Certificate of Registration TXu 2-378-553 which is attached hereto as Exhibit A.

9. Defendant Premier Strategy Box LLC is an online insurance consulting company doing business in Texas. Defendant Premier Strategy Box LLC can be served through its registered agent, Republic Registered Agent LLC located at 4111-E Rose Lake Dr., Charlotte, North Carolina 28217.

10. Defendant Michael D. Hunt, Jr. is the CEO of Defendant Premier Strategy Box LLC and an individual who resides at 350 Carriage Hill Dr. Easley, South Carolina 29642.

## JURISDICTION AND VENUE

11. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) as this is an action for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. §§ 101, et seq. and as this is an action for false advertisement under the Lanham Act 1125(a).

12. This Court has personal jurisdiction over the Defendants as the Defendants have conducted business and have committed acts of copyright infringement in this District, the State of Texas, and elsewhere in the United States. Defendant Michael D. Hunt, Jr., aka "Mick Hunt," entered into a Terms of Use Agreement with IRMI ("IRMI TOU" which is attached as Exhibit B) on October 18, 2024 identifying Defendant Premier Strategy Box LLC as his company name. Both Defendant Michael D. Hunt, Jr. and a Defendant Premier Strategy Box LLC employee, Leslie Svejkovsky, accessed the IRMI Knowledgebase repeatedly in the years 2024 and 2025. At least

3

Defendant Premier Strategy Box LLC employee, Leslie Svejkovsky, committed acts of copyright infringement during the access to the IRMI Knowledgebase by downloading/printing/copying IRMI Knowledgebase content in violation of the IRMI TOU and at least Defendant Michael D. Hunt Jr. committed acts of copyright infringement by uploading the copyright protected IRMI Knowledgebase content from the IRMI Knowledgebase into The Intelligent Agent AI in violation of the IRMI TOU.  Additionally, the IRMI Knowledgebase content accessed by the Defendants is stored on servers located in Dallas Texas.

13.    Venue is proper under 28 U.S.C. 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims occurred in this District, including large scale copyright infringement by Defendants.  Venue is also proper in this District as the Defendants contractually agreed to this jurisdiction and venue through the Defendants agreeing to the IRMI TOU. The IRMI TOU agreed upon by the Defendants, includes the Governing Law, Forum section which provides in part as follows:  "Any dispute, action, or proceeding arising out of or related to these Terms (including any of our policies referred to herein) or your use of the Services must be commenced in the state or federal courts located in Dallas County, Texas, United States of America, which shall be the exclusive jurisdiction and venue of said dispute, action, or proceeding, and both you and we agree to submit to the personal jurisdiction of such courts for the purposes of litigating such action or proceeding."

## FACTUAL ALLEGATIONS

14.    The IRMI Knowledgebase includes more than 85,000 pages of reference material comprising thirty-six (36) different subscription products.

15.    The development of the initial release of a major new subscription reference product typically requires twelve (12) to eighteen (18) months of dedicated research and writing activities by at least one research analyst followed by an intensive editing and proofreading

4

process. Once the initial product is launched, the reference product is continuously expanded and updated by IRMI research analysts or independent contractors as changes are made to standard policy forms, new policy forms are introduced, courts interpret the meaning of policy forms, and statutory law changes. The process of keeping the IRMI Knowledgebase content current is expensive and never ending.

16. The IRMI Knowledgebase content is currently written and updated by: 1) a team of thirteen (13) research analysts; 2) a team of independent contractor insurance professionals; and 3) a team of fifteen (15) production specialists, product managers, and content engineers. On an annual basis, IRMI incurs more than $5 million in payroll expenses and editorial fees on these three teams to build and maintain the vast online library. The IRMI Knowledgebase content that was taken by Defendants was obtained and originally published by IRMI decades ago and has been curated by the IRMI team ever since, signifying an enormous investment.

17. The Certificate of Registration TXu 2-378-553, entitled "IRMI.COM WEBSITE (Q1 2023 CHANGES)," covers the IRMI's website as of the year 2023 and further includes the content improperly downloaded/printed/copied by the Defendants.

18. A new user must pay a subscription fee and agree to the IRMI TOU prior to accessing the IRMI Knowledgebase. The records for these agreements are kept in the Customer Relationship Management ("CRM") records which are attached as Exhibit C. Defendant Michael D. Hunt, Jr., aka "Mick Hunt," agreed to the IRMI TOU on October 18, 2024. Defendant Michael D. Hunt, Jr. identified Defendant Premier Strategy Box LLC as his company name and further identified Defendant Premier Strategy Box LLC employee, Leslie Svejkovsky, as an approved user under Defendant Michael D. Hunt, Jr. Leslie Svejkovsky also agreed to the IRMI TOU on October 18, 2024. (*See* Exhibit C). Once the Defendants agreed to the IRMI TOU, IRMI supplied access to the IRMI Knowledgebase copyright content as required by the IRMI TOU.

19. Additionally, a user of the IRMI Knowledgebase is shown the AI ban policy reminder pop-up upon login to the IRMI Knowledgebase. The user must interact with the pop-up before continuing to the IRMI Knowledgebase. A screen shot demonstrating this AI ban policy reminder pop-up is attached as Exhibit D and is shown below as follows:



The IRMI TOU specifically prohibits users from uploading Knowledgebase content to an AI system, and the AI ban policy reminder pop-up reminds users of this prohibition to reinforce the user's agreement to abide by the AI ban. This AI ban pop-up has been active on the IRMI Knowledgebase since May 28, 2024, prior to the Defendants first accessing the IRMI Knowledgebase. The AI ban pop-up is shown once to each new user shortly after they log in for the first time. Defendants accepted this AI policy ban before the Defendants accessed the IRMI Knowledgebase. On information and belief, the Defendants knew that the IRMI Knowledgebase copyright protected content was being downloaded/printed/copied for use in the Intelligent Agent AI and that such use is direct violation of the IRMI AI policy ban.

20. From October 21, 2024 to February 14, 2025, Defendant Premier Strategy Box LLC employee, Leslie Svejkovsky, accessed documents in the IRMI Knowledgebase over one-thousand three-hundred (1300) times. The number of times the IRMI Knowledgebase was accessed by

Leslie Svejkovsky, the Defendant Premier Strategy Box LLC employee, by far exceeded normal user activity.

21.     The IRMI TOU, the Terms of Use Agreement with IRMI, includes, in part, the following:

<u>Copyrights and Trademarks</u> - All Content included in, made available through, or displayed on the Services is copyrighted by IRMI, or, where applicable, the identified Content Provider, all rights reserved, and is protected by United States and international copyright laws. Except as specified in the Acceptable Use section below, the Content is for display only, and may not be copied, published, displayed, reprinted, stored, reengineered, translated, hosted, used to create derivative works, or otherwise distributed by written, electronic, or any other means, without prior written permission of IRMI or of the identified Content Provider.

<u>License to Use the Services</u> - Subject to your compliance with these Terms of Use and your payment of any applicable subscription fees, IRMI grants you a limited, revocable, nonexclusive, nontransferable, nonsublicensable license to access and use the Services solely for an Authorized User's own informational, noncommercial purposes as provided by this Agreement, but not for commercial exploitation or general distribution. You shall not sell or broker the Services, or any portion of the Content contained therein, and you must adhere to the Restrictions on Use below.

<u>Acceptable Use</u> - In addition, acceptable use of the Services does not include placing, inputting, uploading, or otherwise using the Content in any artificial intelligence ("AI") platform. For purposes of this Agreement, the phrases "artificial intelligence platform" or "AI platform" means any platform, technology, or software that enables computers to perform a variety of tasks that otherwise require human intelligence, including, but not limited to, the ability to see, understand, and translate written language, analyze data, generate code or text, or otherwise make decisions or recommendations based on the data or information that such platforms, technologies,

7

or software are being fed. Furthermore, for purposes of this Agreement, the phases "artificial intelligence platform" or "AI platform" include, but are not limited to, ChatGPT, all Amazon AI services, all Google AI services, and all Azure AI services.

<u>Restrictions on Use</u> – a) You must not duplicate, copy, sell, resell, redistribute, download, transmit, create <u>derivative</u> works, reproduce in any form (whether directly or in condensed, selective, or tabulated form), or otherwise exploit for any commercial or public purposes, any portion of, use of, or access to the Services (including the Content); b) You must not place, input, upload, or otherwise use the Content (including Content that is owned by identified Content Providers) in any AI platform; c) You must not modify, alter, tamper with, reverse engineer, decompile, disassemble, or otherwise create derivative works of any portion of the Services (including the Content); d) You must not use the Services in any manner or for any purpose other than expressly permitted by these Terms, the Privacy Policy, any invoices, if applicable, or additional terms and conditions referenced herein or made available by hyperlink herein or on the Services; and e) You must not remove, obscure, or alter any copyright, trademark, or proprietary rights notice pertaining to the Services, including copyrights, trademarks, or proprietary rights notices on the Content or any reports generated and displayed by the Services.

<u>Additional Terms Applicable to Entities</u> - The following terms and conditions apply specifically to any Entity that is subject to these Terms: You agree to require each of your employees to be bound by the terms and conditions of this Agreement and you agree to remain responsible and liable for all acts and omissions of your employees in connection with their use of the Services, including any breaches of this Agreement. All references to your access and/or use of the IRMI Site or the Services herein include access and/or use of the IRMI Site or the Services by your employees.

<u>Subscription Fees and Other Purchases</u> - IRMI charges a subscription fee for access to certain Content available on the Services. Payment of the subscription fee authorizes access to such Content for a specific number of individuals for either a monthly ("Monthly Subscription") or a twelve-month (12-month) period ("Annual Subscription").

<u>Attorneys' Fees</u> - The prevailing party in any dispute, action, or proceeding arising out of or related to these Terms (including any of our policies referred to herein) or your use of the Services shall be entitled to reasonable attorneys' fees and court costs.

22.     IRMI, upon a limited inspection of The Intelligent Agent AI, has identified over 40 examples of word-for-word copying of IRMI copyrighted content within The Intelligent Agent AI content blocks found in the Intelligent Agent website (https://theintelligentagent.ai/) which are attached as Exhibit E.  These Intelligent Agent AI content blocks can all be traced to IRMI Knowledgebase content that was accessed by Defendant Michael D. Hunt, Jr. and/or Leslie Svejkovsky, both authorized users of the Defendant My Strategy Box LLC account.  IRMI Knowledgebase copyright protected content currently resident in the Intelligent Agent AI found on the Intelligent Agent website as shown in Exhibit E includes, but is not limited to, the following example referencing IRMI's copyright notice:



(emphasis added)

23.     At least Defendant Michael D. Hunt, Jr., on information and belief, owns or controls the Intelligent Agent AI website (https://theintelligentagent.ai/).  As shown in Exhibit F, the Intelligent Agent AI website includes a false statement of endorsement by IRMI, a second false statement of endorsement by an IRMI employee, Marty Mitcham, and additionally a third false statement included within in a promotional video on the Intelligent Agent AI and accessible on YouTube (https://www.youtube.com/watch?v=lxZgJE63DBE) between 28 seconds and 40 seconds. At the time IRMI first learned of the Intelligent Agent AI or the Intelligent Agent AI website, two

of these false endorsements were already displayed on the Intelligent Agent AI website. The third false endorsement, the promotional video, has just recently been identified by IRMI.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

24.IRMI incorporates paragraphs 1 through 23 herein by reference.

25.IRMI has created original works that are fixed in a tangible medium of express. IRMI has a registered copyright to these works (Certificate of Registration TXu 2-378-553, entitled "IRMI.COM WEBSITE (Q1 2023 CHANGES)") which is valid, enforceable, and was duly and legally issued by the United States Copyright Office on July 13, 2023 after full and fair examination.

26.IRMI is the owner of all rights, title, and interest in and to the registered works and has standing to bring this lawsuit for infringement of the works at issue.

27.Defendants have copied and downloaded/printed/copied original elements of the IRMI Knowledgebase copyrighted content without IRMI authorization.

28.After a limited review by IRMI, IRMI has identified over 40 examples of direct word-for-word copying of the IRMI Knowledgebase copyrighted content in the Intelligent Agent AI. Among these examples were instances of IRMI's copyright notice and "IRMI Analysis" labels appearing in the Intelligent Agent AI output (*See* Exhibit E). These examples demonstrate copying and reproduction of IRMI's copyright protected content.

29.At a minimum, the direct word-for-word examples of copying demonstrate substantial similarity between IRMI Knowledgebase original content and the content appearing in the Intelligent Agent AI.

30.Defendants infringed the exclusive rights of IRMI by copying, downloading or printing the IRMI Knowledgebase content in violation of the rights set forth in the IRMI TOU,

11

uploading and copying the IRMI Knowledgebase content into the Intelligent Agent AI in violation of the rights set forth in the IRMI TOU, and the preparation of derivative works by the Intelligent Agent AI by reproducing the IRMI Knowledgebase content in the Intelligent Agent AI output in violation of the rights set forth in the IRMI TOU.  Further, Defendants training of the Intelligent Agent AI with the IRMI Knowledgebase copyrighted content is a separate copyright violation.

31. Defendants have had knowledge of the Copyright Registration since at least the creation of the IRMI account and acceptance of the IRMI TOU.  Notice of the Copyright Registration was explicitly stated in IRMI TOU agreed upon by the Defendants, including the Copyright and Trademarks section which provides in part "All Content included in, made available through, or displayed on the Services is copyrighted by IRMI, or, where applicable, the identified Content Provider, all rights reserved, and is protected by United States and international copyright laws."  Additionally, IRMI has provided a copyright notice on the documents provided in the IRMI Knowledgebase.

32. On information and belief, Defendants infringing conduct set forth herein establishes that the conduct was and continues to be willful.  Defendants infringed the exclusive rights of IRMI knowing they were profiting from the copyright infringement and, upon information and belief, causing irreparable harm to IRMI through the dissemination of the IRMI copyright materials.

33. IRMI has been damaged as a result of Defendant's infringing conduct described in this Count.  Defendants are, thus, liable to IRMI in an amount that compensates IRMI for Defendant's infringements, including statutory damages for the infringement and willful infringement of previously copyrighted content.  Additionally, IRMI is being irreparably harmed through the dissemination of the IRMI copyright materials on the Intelligent Agent AI website. The IRMI Knowledgebase content is the highest value asset of IRMI.  The Defendants' actions,

through the Intelligent Agent AI website, allowing the public to view and download/print/copy the IRMI Knowledgebase content either without charge or by the Defendants as a competitor, are permanently destroying the value of the IRMI Knowledgebase. A permanent injunction is necessary to stop this irreparable harm.

## COUNT II
## CONTRIBUTORY COPYRIGHT INFRINGEMENT

34. IRMI incorporates paragraphs 1 through 33 herein by reference.

35. Defendants had knowledge at the time of their actions that their actions were an infringing activity. Upon information and belief, Leslie Svejkovsky was directed to copy, download, or print the IRMI Knowledgebase copyright protected content by the Defendants for the purpose of the Defendants copying and uploading the IRMI Knowledgebase copyright protected content to the Intelligent Agent AI.

36. Micheal D. Hunt and Premier Strategy Box LLC were directly involved in developing the Intelligent Agent AI.

37. As authorized users of the IRMI account, Defendants were aware of IRMI TOU prohibiting the copying of content for AI systems. Additionally, as authorized users, the Defendants were required to acknowledge the IRMI AI ban set forth in the AI ban pop-up (*See* Exhibit D).

38. Defendant Premier Strategy Box LLC and Michael D. Hunt, Jr. maintained the IRMI account (Account number: A00017000) used to access the IRMI Knowledgebase copyright protected content.

39. In an online article at the Rough Notes website (https://roughnotes.com/the-intelligent-agent/) (attached as Exhibit H), Defendant Micheal D. Hunt, Jr. was quoted saying "The Intelligent Agent is a closed-source AI engine trained on the *industry's most trusted content…*"

Upon information and belief, the "*industry's most trusted content*" includes the IRMI Knowledgebase copyright protected content.

40. Defendants' systematic access to the IRMI Knowledgebase copyright protected content from October 2024 to January 2025, immediately preceding the launch of their product which occurred February 1, 2025, demonstrates Defendants material contribution to the infringement.

41. IRMI has been damaged as a result of Defendant's infringing conduct described in this Count. Defendants are, thus, liable to IRMI in an amount that compensates IRMI for Defendant's infringements, including statutory damages for the infringement and willful infringement of previously copyrighted content. Additionally, IRMI is being irreparably harmed through the dissemination of the IRMI copyright materials on the Intelligent Agent AI website. The IRMI Knowledgebase content is the highest value asset of IRMI. The Defendants' actions, through the Intelligent Agent AI website, allowing the public to view and download, copy, or print the IRMI Knowledgebase content either without charge or by the Defendants as a competitor is permanently destroying the value of the IRMI Knowledgebase. A permanent injunction is necessary to stop this irreparable harm.

## COUNT III
## WILLFUL INFRINGEMENT

42. IRMI, incorporates paragraphs 1 through 41 herein by reference.

43. The Defendants' acts of infringement, as alleged above, have been willful, intentional, and in disregard of and with indifference to the right of the IRMI. These willful actions by the Defendants have undermined the value of the IRMI Knowledgebase copyrighted content.

44. Defendants had actual knowledge of Plaintiff's ownership and exclusive rights in the copyrighted works, or, at a minimum, acted with reckless disregard and willful blindness to IRMI's rights.

45. IRMI has been damaged as a result of Defendant's willful infringement described in this Count. Plaintiff is, thus, entitled to recover enhanced statutory damages pursuant to 17 U.S.C. § 504(c).

## COUNT IV
## BREACH OF CONTRACT

46. IRMI incorporates paragraphs 1 through 45 herein by reference.

47. The IRMI TOU constitutes a valid contract between IRMI and the Defendants. Users must pay a subscription fee and agree to the IRMI TOU before access to the IRMI content is provided to the Users (See Exhibit B).

48. A valid contract exists between IRMI and the Defendants upon the Defendants payment of the subscription fee and agreeing to the IRMI TOU (the IRMI Terms of Use) during the creation of the Defendants' account with IRMI. Once the Defendants paid the subscription fee and agreed to the IRMI TOU, IRMI supplied access to the IRMI Knowledgebase copyright content as required by the IRMI TOU.

49. The Customer Relationship Management ("CRM") records shown in Exhibit D demonstrate that authorized users Micheal D. Hunt, Jr. (aka Mick Hunt) and Leslie Svejkovsky accepted the Privacy statement and the IRMI TOU on October 18, 2024. Additionally, pursuant to the IRMI TOU, Defendant Premier Strategy Box LLC is responsible for the actions of its employees. Defendant Premier Strategy Box LLC agreed to the IRMI TOU which includes the Additional Terms Applicable Entities section which provides in part "You agree to require each of your employees to be bound by the terms and conditions of this Agreement and you agree to

remain responsible and liable for all acts and omissions of your employees in connection with their use of the Services, including any breaches of this Agreement."

50. Once the Defendants entered into the contract with IRMI, Defendants systematically accessed the IRMI Knowledgebase copyrighted content from October 2024 to January 2025, with usage logs showing over 1,300 page views which is attached herein Exhibit G. Highlighted entries in Exhibit G represent the IRMI content found in the Intelligent Agent AI, as set forth in Exhibit E, upon IRMI's limited search.

51. On information and belief, Defendants launched the Intelligent Agent AI for commercial purposes in February 2025.

52. Defendants copied, downloaded, or printed the IRMI Knowledgebase copyrighted content and then copied and uploaded that content into the Intelligent Agent AI system even though such actions were explicitly prohibited by the IRMI TOU agreed upon by the Defendants, including the License to Use the Services section which provides in part: "but not for commercial exploitation or general distribution," the Acceptable Use section which provides in part: "acceptable use of the Services does not include placing, inputting, uploading, or otherwise using the Content in any artificial intelligence ("AI") platform," and the Restrictions on Use section which provides in part: "You must not duplicate, copy, sell, resell, redistribute, download, transmit, create derivative works, reproduce in any form (whether directly or in condensed, selective, or tabulated form), or otherwise exploit for any commercial or public purposes, any portion of, use of, or access to the Services (including the Content).  You must not place, input, upload, or otherwise use the Content (including Content that is owned by identified Content Providers) in any AI platform." (*See* Exhibit B).

53. IRMI suffered damages from the unauthorized use of the IRMI Knowledgebase copyrighted content, including loss of control over its intellectual property, potential loss of subscribers, and diminution in the value of its content.

54. IRMI has invested substantial resources in creating and maintaining its content, and Defendants' breach has undermined the value of that investment.

55. IRMI has been damaged as a result of Defendants' infringing conduct described in this Count. Defendants are liable to IRMI in an amount that adequately compensates IRMI for Defendant's infringements. Additionally, IRMI is entitled to its attorneys' fees pursuant to the IRMI TOU Attorneys' Fees section which provides in part: "The prevailing party in any dispute, action, or proceeding arising out of or related to these Terms (including any of our policies referred to herein) or your use of the Services shall be entitled to reasonable attorneys' fees and court costs."

**COUNT V**
**FALSE ADVERTISING**
**(Lanham Act Violation, 15 U.S.C. § 1125(a))**

56. IRMI incorporates paragraphs 1 through 55 herein by reference.

57. Defendants advertising Campaign violates Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

58. Defendants offer AI services in interstate commerce and have engaged in commercial advertising and promotion of Defendants' Intelligent Agent AI website. Defendants have made false and/or misleading statements claiming that IRMI has endorsed Defendants' Intelligent Agent AI system on the Intelligent Agent AI website. As shown in Exhibit F, the Intelligent Agent AI website includes a false statement of endorsement by IRMI, a second false statement of endorsement by an IRMI employee, Marty Mitcham, and additionally a third false statement included within in a promotional video on the Intelligent Agent AI and accessible on YouTube (https://www.youtube.com/watch?v=lxZgJE63DBE) between 28 seconds and 40 seconds.

17

The promotional video features Defendant Michael D. Hunt, Jr. falsely claiming that the Intelligent Agent AI system has been endorsed by IRMI.

59. Defendants' false and misleading statements tend to deceive a substantial segment of the intended audience and buying public. These false statements will deceive IRMI customers and potential IRMI customers in believing that IRMI has granted permission to the Intelligent Agent AI website to use and display IRMI Knowledgebase content.

60. Defendants false and misleading statements are material in that they are likely to influence consumers' purchasing decisions.

61. Defendants deceptive conduct is and has been willful and deliberate, and has injured and continues to injure IRMI and consumers.

62. Defendants know or should have known that the claims it is making regarding IRMI's endorsement of the Intelligent Agent AI are false and misleading.

63. IRMI has been and continues to be damaged by Defendants' false advertising, including loss of sales through direct diversion of sales from IRMI to the owners of the Intelligent Agent AI, possible reputational harm, the lessening of the goodwill that IRMI has among the buying public, and diminution in the value of the IRMI Knowledgebase content .

64. IRMI has no adequate remedy at law to redress these injuries.

## JURY DEMAND

IRMI hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

IRMI requests that the Court find in its favor and against Defendants, and that the Court grant IRMI, the following relief:

a. That Defendants and all persons acting in concert or participation with them, be preliminarily and permanently enjoined from directly or indirectly infringing IRMI's copyrighted works in any manner and from causing, enabling, facilitating, encouraging, promoting, inducing or participating in the infringement of IRMI's copyrighted works including but not limited to enjoining the Defendants from using any IRMI copyright content in its Intelligent Agent AI;

b. That all copies of IRMI's copyrighted works, and all files, digital storage media, or other articles by means of which such copies may be reproduced, stored, or distributed, that are in possession or under the control of the Defendants, be impounded during the pendency of this action and, upon final judgment, destroyed or otherwise disposed of as the Court may direct, including the destruction of the records of the Intelligent Agent AI to remove any and all instance of any IRMI Knowledgebase copyrighted content;

c. An Order adjudging that Defendants violated Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a);

d. An Order preliminarily and permanently enjoining the Defendants from disseminating or causing the dissemination of the false and misleading claims of endorsement alleged herein;

e. That Defendants have breached the IRMI TOU by copying, downloading, or printing the IRMI Knowledgebase content and by copying and uploading the IRMI Knowledgebase content into the Intelligent Agent AI;

f. That the Court award IRMI damages, disgorgement, attorney's fees and costs, and any other relief deemed appropriate by the Court for the Defendants' breach of the IRMI TOU;

g. That the Court award IRMI statutory damages or compensatory damages at IRMI's election, disgorgement, attorney's fees and costs, and any other relief deemed appropriate by the Court for the Defendants' copyright infringement of the IRMI Knowledgebase copyright protected content;

h. That IRMI be awarded statutory damages pursuant to 17 U.S.C. § 504(c), in consideration of the willfulness of the infringement of the IRMI Knowledgebase copyright protected content;

i. That IRMI be granted pre-judgment and post-judgment interest on the damages caused by Defendants' activities and other conduct complained of herein; and

j. That IRMI be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: September 23, 2025                   Respectfully submitted,

/s/ *Sanford E. Warren, Jr.*
Sanford E. Warren, Jr. (Lead Attorney)
State Bar No. 20888690
R. Scott Rhoades
State Bar No. 90001757
WARREN RHOADES LLP
2909 Turner Warnell Rd., Suite 131
Arlington, Texas 76001
Telephone: 972-550-2955
Facsimile: 469-422-0091
Email: ipdocketing@wriplaw.com
swarren@wriplaw.com
srhoades@wriplaw.com

*Attorneys for International Risk Management Institute, Inc.*