AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| International Risk Management Institute Inc<br>*Plaintiff*<br>v.<br><br>Premier Strategy Box LLC et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:25-cv-02585-D |

## Summons in a Civil Action

**TO:** Premier Strategy Box LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Sanford Warren
2909 Turner Warnell Road
Suite 131
Arlington , TX 76001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 09/24/2025

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 3:25-CV-02585-D

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Premier Strategy Box LLC c/o Republic Registered Agent, LLC was received by me on *(date)* Sep 24, 2025, 4:40 pm.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shelton Goldstein , who is designated by law to accept service of process on behalf of *(name of organization)* Premier Strategy Box LLC c/o Republic Registered Agent, LLC on *(date)* Mon, Sep 29 2025 ; or

☐ I returned the summons unexecuted because: ____________ ; or

☐ Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: 09/29/2025

Nicholas Ayers

*Server's signature*

Nicholas Ayers

*Printed name and title*

7806 Timber Commons Ln Unit S, Charlotte, NC 28212

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 29, 2025, 11:15 am EDT at 4111-E Rose Lake Drive, Charlotte, NC 28217 received by Shelton Goldstein. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'11"; Hair: White; Relationship: President; Other: Wears glasses;

Documents served: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND FALSE ADVERTISING UNDER THE LANHAM ACT; NOTICE OF APPEARANCE OF R. SCOTT RHOADES; NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT; EXHIBITS